IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM SCHAEFFNER,                             CV 04-424-ST

        Plaintiff,                      ORDER

v.

PACIFIC TERMINAL SERVICES, INC.,
and TROY GOODMAN

        Defendants.


**KEVIN N. KEANEY**
700 N.E. Multnomah Street, Suite 1155
Portland, OR  97232
(503) 232-9280

        Attorney for Plaintiff

**PAULA A. BARRAN**
Barran Liebman LLP
601 S.W. Second Avenue, Suite 2300
Portland,  OR  97204
(503) 228-0500

**WILLIAM T. GRIMM**
Davis Grimm Payne & Marra
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
(206) 447-0182

        Attorneys for Defendants


1  -  ORDER

BROWN, Judge.

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#23) on January 11, 2005, in which she recommended this Court deny Defendants' Motion for Summary Judgment (#11) as to Plaintiff's First Claim (Breach of Contract) and grant Defendants' Motion as to Plaintiff's Second Claim (Intentional Interference with Contract/Economic Relations). Plaintiff and Defendants filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#23) and, accordingly, **DENIES** Defendants' Motion

2 - ORDER

for Summary Judgment (#11) as to Plaintiff's First Claim (Breach of Contract) and **GRANTS** Defendants' Motion as to Plaintiff's Second Claim (Intentional Interference with Contract/Economic Relations).

IT IS SO ORDERED.

DATED this 13th day of April, 2005.

_____
ANNA J. BROWN
United States District Judge